NANCI E. NISHIMURA (SBN 152621)
nnishimura@cpmlegal.com
JAMES G. DALLAL (SBN 277826)
jdallal@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone:     (650) 697-6000
Facsimile:     (650) 697-0577

ROBERT B. HUTCHINSON (SBN 45367)
rhutchinson@cpmlegal.com
KELLY W. WEIL (SBN 291398)
kweil@cpmlegal.com
THERESA E. VITALE (SBN 333993)
tvitale@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Boulevard, Suite 3088
Santa Monica, CA 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

P. TERRY ANDERLINI (SBN 44783)
tanderlini@amlawoffice.com
**ANDERLINI & McSWEENEY LLP**
66 Bovet Road, Suite 285
San Mateo, California 94402
Telephone:     (650) 242-4884
Facsimile:     (650) 212-0001

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOYLING MAA,** individually and as personal representative of the **ESTATE OF WILSON MAA**; and the **ESTATE OF WILSON MAA,**<br><br>                    Plaintiffs,<br>          v.<br><br>**CARNIVAL CORPORATION,** a Panama Corporation; **CARNIVAL PLC,** an England and Wales Corporation; and **PRINCESS CRUISE LINES, LTD.,** a Bermuda Corporation,<br><br>                    Defendants. | Case No.: 2:20-CV-06341-GW-MRWx<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>Judge: Hon. George H. Wu<br>Magistrate: Hon. Michael R. Wilner<br><br>Action Filed:   July 16, 2020<br>Trial Date:        December 7, 2021 |

1    **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**

2 **RECORD:**

3    PLEASE TAKE NOTICE that all Parties to this action have reached a

4 settlement agreement. In light of the settlement, Plaintiff respectfully requests that all

5 pre-trial dates, upcoming deadlines and the trial date be taken off calendar.

6

7 Dated: June 2, 2021    **COTCHETT, PITRE & McCARTHY, LLP**

8

9        By: <u>/s/ Kelly W. Weil</u>

10         ROBERT B. HUTCHINSON

         KELLY W. WEIL

11         THERESA E. VITALE

         *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FEDERAL COURT PROOF OF SERVICE

Maa v. Carnival Corporation, et al.; Case No.: 2:20-CV-06341-GW-MRWx

 I am employed in the County of Los Angeles.  I am over the age of 18 years and not a party to this action.  My business address is the Law Offices of Cotchett, Pitre & McCarthy LLP, 2716 Ocean Park Boulevard, Suite 3088, Santa Monica, California 90405. On June 2, 2021, I served true copies of the following document(s) on the interested parties in this action as follows:

### PLAINTIFF'S NOTICE OF SETTLEMENT

### [SEE ATTACHED SERVICE LIST]

✓ **VIA E-MAIL:** Pursuant to the stipulation entered into between the Parties on December 3, 2020.  My e-mail address is msoto@cpmlegal.com.  I am readily familiar with this firm's practice for causing documents to be served by e-mail. Following that practice, I caused the aforementioned document(s) to be emailed to the addressee(s) specified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

 I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

 Executed on June 2, 2021, at Los Angeles, California.

*/s/ Mallory J. Soto*
Mallory J. Soto

## <u>SERVICE LIST</u>

Maa v. Carnival Corporation, et al.; Case No.: 2:20-CV-06341-GW-MRWx

| | |
|---|---|
| Nanci E. Nishimura<br>James G. Dallal<br>**Cotchett, Pitre & McCarthy LLP**<br>840 Malcolm Road<br>Burlingame, CA 94010<br>nnishimura@cpmlegal.com<br>jdallal@cpmlegal.com<br><br>Robert B. Hutchinson<br>Kelly W. Weil<br>Theresa E. Vitale<br>**Cotchett, Pitre & McCarthy LLP**<br>2716 Ocean Park Blvd., Suite 3088,<br>Santa Monica, CA 90405<br>rhutchinson@cpmlegal.com<br>kweil@cpmlegal.com<br>tvitale@cpmlegal.com<br>msoto@cpmlegal.com | **<u>Attorneys for Plaintiff Toyling Maa,<br>Individually and as Personal<br>Representative of the Estate of Wilson<br>Maa</u>** |
| P. Terry Anderlini<br>**Anderlini & McSweeney LLP**<br>66 Bovet Rd., Suite 285<br>San Mateo, CA 94402<br>tanderlini@amlawoffice.com<br>jmorgus@amlawoffice.com | **<u>Attorneys for Plaintiff Toyling Maa,<br>Individually and as Personal<br>Representative of the Estate of Wilson<br>Maa</u>** |
| Jeffrey B. Maltzman<br>Ed Nield<br>Gabrielle Nield<br>**Maltzman & Partners**<br>West Lake Professional Center<br>681 Encinitas Blvd., Suite 315<br>Encinitas, CA 92024<br>jeffreym@maltzmanpartners.com<br>edn@maltzmanpartners.com<br>gabn@maltzmanpartners.com<br>rafaelac@maltzmanpartners.com<br>michaels@maltzmanpartners.com<br>bekkaw@maltzmanpartners.com | **<u>Attorneys for Defendant Princess<br>Cruise Line Ltd.</u>** |

| | |
|---|---|
| Jonathan W. Hughes<br>Andrew C. Johnson<br>**Arnold & Porter**<br>Three Embarcadero Center, 10th Fl.<br>San Francisco, CA 94111<br>jonathan.hughes@arnoldporter.com<br>andrew.johnson@arnoldporter.com<br>angel.nakamura@arnoldporter.com<br>christopher.odell@arnoldporter.com<br>chris.bruner@arnoldporter.com<br>david.weiner@arnoldporter.com<br>katie.scott@arnoldporter.com<br>xap-coral@arnoldporter.com | **<u>Attorneys for Defendants, Carnival Corporation and Carnival PLC</u>** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28